IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, | |
| v. | HONORABLE JEROME B. SIMANDLE |
| SHAWN WRIGHT, | Criminal No. 04-897 (JBS) |
| Defendant. | **ORDER** |

This matter having come before the Court upon Defendant Shawn Wright's motion to modify his sentence [Docket Item 14]; the Court having considered the submissions of the parties in support thereof and in opposition thereto; for the reasons set forth in the Memorandum Opinion of today's date; and for good cause shown

IT IS this **30th** day of **March, 2010** hereby

ORDERED that Defendant's motion to modify his sentence shall be, and hereby is, **DENIED**.

 s/ Jerome B. Simandle
JEROME B. SIMANDLE
United States District Judge